Form ODSM (09/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Samuel Saul Duncan**<br>1845 Namoke Court<br>Apt. 2<br>Haslett, MI 48840<br>SSN: xxx–xx–3136<br>**Veronica Cristina Garza**<br>1845 Namoke Court<br>Apt. 2<br>Haslett, MI 48840<br>SSN: xxx–xx–0611<br><br>**Debtors** | **Case Number 17–01584–swd**<br><br>**Chapter 13**<br><br>**Honorable Scott W. Dales** |

## NOTICE OF ORDER DISMISSING CASE

Notice is given that on February 5, 2018 this Court signed an order dismissing the above noted case. You are advised that all further stay of proceedings are hereby terminated as of the date of entry of this order. If this was a Chapter 13 case, all orders which have been entered, if any, requiring the employer of the debtor to submit monies to the Chapter 13 trustee are hereby terminated as of the date of the dismissal order.

You are advised that there are certain legal effects to dismissal of a case that may affect the rights of the debtor and the parties to this case. Do not contact the Bankruptcy Court regarding the legal effect of a dismissal. You should consult with your attorney or contact the attorney for the debtor, if one was employed, whose name appears at the bottom of this notice.



Daniel M. LaVille
Clerk of Court

**Dated:** February 6, 2018

Attorney for Debtor

Scott Marshall Neuman
Scott Marshall Neuman PC
2196 Commons Parkway
Okemos, MI 48864
(517) 349–2700

[2] *Aliases for Joint Debtor Veronica Cristina Garza : aka Veronica Cristina Duncan*